IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-448-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| FURMAN ALEXANDER FORD, ) | |
| ) | |
| Defendant. ) | |

The court DENIES as baseless defendant's "Motion for Writ Pursuant to § 2255 Dismissal with Prejudice" [D.E. 61]. See [D.E. 62] 3.

SO ORDERED. This **27** day of August 2021.

_JAMES C. DEVER III_
United States District Judge