IN THE UNITED STATES DISRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:20-CR-00448-D-1

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | ORDER |
| | : | |
| FURMAN ALEXANDER FORD | : | |

This matter, having come before the Court on the motion of stand-by counsel for the defendant, appearing *pro se*, for authorization to purchase legal books and a computer (D.E. 65), for good cause shown, the motion is allowed.

SO ORDERED.

This the 31 day of August, 2021.

JAMES C. DEVER III
U.S. District Judge