UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:20-CR-448-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO QUASH SUBPOENA |
| | ) | |
| FURMAN ALEXANDER FORD, | ) | |
| Defendant. | ) | |
| | ) | |

For good cause having been shown upon the Motion to Quash filed by the United States of America, it is hereby

ORDERED that the subpoena issued to Deputy United States Marshal Christina Suppa commanding her to appear and testify in this matter on August 15, 2022, is hereby quashed.

This 12 day of August, 2022.

JAMES C. DEVER III
United States District Judge