IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
CASE NO. 5:20-CR-000448-D

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| FURMAN ALEXANDER FORD, | ) | |
| Defendant. | ) | |

THIS MATTER IS BEFORE THE COURT on the motion of John A. Hardin to Quash the Subpoena *ad Testificandum*, issued on July 6, 2022, to him requiring his appearance and testimony on August 15, 2022.

For good cause shown based on Mr. Hardin's motion to quash and his supporting memorandum of law, this Court, in its discretion, grants Mr. Hardin's motion to quash, and hereby quashes the Subpoena *ad Testificandum* requiring the appearance and testimony of Mr. Hardin on August 15, 2022.

This the _12_ day of August, 2022.

_____
THE HONORABLE JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE