IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
5:20-CR-448-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | **ORDER** |
| FURMAN ALEXANDER FORD, | |
| Defendant. | |

THIS MATTER IS BEFORE THE COURT on the motion of William C. McKinney to Quash the Subpoena *ad Testificandum*, issued on July 6, 2022, to him requiring his appearance and testimony on August 15, 2022.

For good cause shown based on Mr. McKinney's motion to quash and his supporting memorandum of law, this Court, in its discretion, grants Mr. McKinney's motion to quash, and hereby quashes the Subpoena *ad Testificandum* requiring the appearance and testimony of Mr. McKinney on August 15, 2022.

This the 12 day of August, 2022.

THE HONORABLE JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE