UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
5:20-CR-448-D-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | ORDER QUASHING |
| | ) | SUBPOENA |
| FURMAN ALEXANDER FORD | ) | |
| | ) | |

THIS MATTER IS BEFORE THE COURT on Movant's Motion to Quash the Subpoena *ad Testificandum*, issued July 06, 2022, requiring Movant's appearance and testimony on August 15, 2022.

For good cause shown based on the contents of Movant's Motion to Quash and lack of relevant testimony, this Court, in its discretion, grants Movant's Motion to Quash and hereby quashes the Subpoena *ad Testificandum* requiring the appearance and testimony of Thomas R. Wilson on August 15, 2022.

This the 12 day of August, 2022.

THE HONORABLE JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE

1