IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Case No. 5:20-CR-448-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Petitioner, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| FURMAN ALEXANDER FORD, ) | |
| ) | |
| Respondent. ) | |

THIS MATTER IS BEFORE THE COURT on Movants Holly Z. Carroll ("Carroll") and State Employees' Credit Union's ("SECU") Motion to Quash the Subpoenas *ad Testificandum*, issued July 6, 2022 to Carroll and Jacquelyn Hoover ("Hoover") [D.E. 96-1, 96-2], delivered to SECU, requiring Carroll and Hoover's appearance and testimony on August 15, 2022.

For good cause shown based on Carroll and SECU's Motion to Quash and Incorporated Memorandum, this Court, in its discretion, grants Carroll and SECU's Motion to Quash, and hereby quashes the Subpoenas *ad Testificandum* requiring the appearance and testimony of Carroll and SECU on August 15, 2022.

This the 12 day of August, 2022.

THE HONORABLE JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE